**Harold Ray STANLEY, Appellant**

v.

**COMMISSIONER of INTERNAL REVENUE, Appellee.**

No. 12–1914.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 12, 2012.

Filed: Oct. 15, 2012.

Harold R. Stanley, Peculiar, MO, pro se.

Carol Barthel, Thomas J. Clark, Gilbert Steven Rothenberg, Deputy, Laurie Snyder, U.S. Department of Justice, Washington, DC, for Appellee.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Harold Stanley appeals the tax court's[1] adverse grant of summary judgment in his tax action. After careful consideration, *see Nestle Purina Petcare Co. v. Comm'r*, 594 F.3d 968, 970 (8th Cir.) (de novo review), *cert. denied* — U.S. —, 131 S.Ct. 86, 178 L.Ed.2d 241 (2010), we conclude summary judgment was proper, *see Bell v. Comm'r*, 126 T.C. 356, 358 (2006) (26 U.S.C. § 6330 allows challenges to existence or amount of underlying liability if petitioner did not receive notice of deficiency or otherwise have opportunity to dispute liability; this statutory preclusion is triggered by opportunity to contest underlying liability, even if opportunity is not

---

1. The Honorable Elizabeth Crewson Paris, United States Tax Court Judge.

1. The Honorable Barry A. Bryant, United States Magistrate Judge for the Western Dis-

pursued). We therefore affirm the ruling of the tax court. *See* 8th Cir. R. 47B. We deny appellant's pending motion.